UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ANDRE W. WILLIAMS, SR.,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:16-CV-2943-L** |
| | § | |
| **WASTE MANAGEMENT, INC.,** *et al.*, | § | |
| | § | |
| Defendant. | § | |

# ORDER

On September 7, 2017, United States Magistrate Judge David L. Horan entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court deny Plaintiff's Motion(s) for Default Judgment against Defendants Lance Butler and Mark Johnson (Docs. 25, 26), filed June 5, 2017. No objections to the Report were filed.

Having considered the motions, file, Report, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **denies** Plaintiff's Motion(s) for Default Judgment against Defendants Lance Butler and Mark Johnson (Docs. 25, 26).

**It is so ordered** this 12th day of October, 2017.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page