IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ANDRE W. WILLIAMS, SR.,** § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § Civil Action No. **3:16-CV-2943-L (BN)** | |
| **WASTE MANAGEMENT, INC.,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

On June 29, 2018, United States Magistrate Judge David L. Horan entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court deny Plaintiff's Expedited Motion for Leave to File First Amended Complaint (Doc. 60), filed June 5, 2018; and grant in part and deny in part Defendants' Rule 12(c) Motion for Judgment on the Pleadings (Doc. 57), filed May 12, 2018. Regarding Defendants' Rule 12(c) Motion, in which Defendants only moved for judgment on the claims asserted against the individual Defendants, the magistrate judge recommended that the court grant the motion with respect to "all claims against Ramirez, Johnson, and Butler under Title VII, the ADA, the ADEA" and dismiss with prejudice these claims; and deny the motion "to the extent that the original complaint plausibly alleges claims under Section 1981 against Ramirez, Johnson, and Butler." Report 11. No objections to the Report were filed.

Having reviewed the motions, pleadings, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's Expedited Motion for Leave to File First Amended Complaint (Doc. 60); and **grants in part and denies in part** Defendants' Rule 12(c) Motion for

**Order – Page 1**

Judgment on the Pleadings (Doc. 57). Defendants' Rule 12(c) Motion is **granted** with respect to "all claims against Ramirez, Johnson, and Butler under Title VII, the ADA, the ADEA" and these claims are **dismissed with prejudice**; and Defendants' Rule 12(c) Motion is **denied** "to the extent that the original complaint plausibly alleges claims under Section 1981 against Ramirez, Johnson, and Butler." The case is **recommitted** to the magistrate judge for further proceedings.

**It is so ordered** this 9th day of August, 2018.

_____
Sam A. Lindsay
United States District Judge