IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ANDRE W. WILLIAMS, SR.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-2943-L** |
| | § | |
| **WASTE MANAGEMENT, INC.;** | § | |
| **LOUIS RAMIREZ; LANCE BUTLER;** | § | |
| and **MARK JOHNSON**, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On May 31, 2019, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 113) was entered, recommending that the court overrule Plaintiff's objections (Doc. 99) to Defendants' Request for Bill of Costs. Plaintiff filed objections to the Report on June 14, 2019 (Docs. 114, 114-1), asserting once again that his financial condition has deteriorated since filing this lawsuit and contending that Defendants engaged in misconduct by, among other things, expediting the preparation of the deposition transcripts and, thereby, unnecessarily increasing the costs of the depositions, which according to the Report, constitute 70 percent of the costs sought by Defendants. The Report also indicates that two of the three depositions at issue were noticed by Plaintiff. Plaintiff also takes issue with prior determinations by the magistrate judge and this court, which the court declines to consider in ruling on his objections to the Bill of Costs, as an objection to the Bill of Costs is not the appropriate vehicle for relitigating prior rulings that are now the subject of Plaintiff's appeal that was filed on May 9, 2019, with the Court of Appeals for the Fifth Circuit.

**Order – Page 1**

After considering the Bill of Costs, Plaintiff's objections to the Bill of Costs, file, record in this case, Report, and Plaintiff's objections to the Report, and having conducted a de novo review of that portion of the Report to which objection was made, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **overrules** Plaintiff's objections (Doc. 99) to Defendants' Bill of Costs, and costs in the amount of **$10,303.51** are hereby **taxed** against Plaintiff Andre W. Williams, Sr.

**It is so ordered** this 18th day of July, 2019.

Sam A. Lindsay
United States District Judge